

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2007

The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:   <u>**United States v. Humbeiro Carvajal-Montoya et al.**</u>
             **S2 07 Cr. 441 (LBS)**

Dear Judge Sand:

    The Government respectfully submits this letter to request that the above-referenced Indictment, returned by a grand jury on November 5, 2007, be immediately unsealed.  The defendants have been arrested in Colombia and the Government is seeking their extradition to the United States.

                  Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney

By: _____
     Sarah Y. Lai
     Assistant United States Attorney
     Telephone:  (212) 637-1944

SO ORDERED:

_____
Honorable Leonard B. Sand
United States District Judge
Dated: December 11, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```